UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

INNA TIKAN and NINA BODNAR,

    Plaintiffs,                                  No. 13-12173

                                                 Paul D. Borman
v.                                                 United States District Judge

                                                 R. Steven Whalen
ASSET ACCEPTANCE, LLC, et al.,        United States Magistrate Judge

    Defendants.
_____/

ORDER (1) ADOPTING MAGISTRATE JUDGE R. STEVEN WHALEN'S
FEBRUARY 12, 2016 REPORT AND RECOMMENDATION (ECF NO. 53),
(2) GRANTING IN PART PLAINTIFFS' MOTION FOR ATTORNEY FEES (ECF NO. 49)
AND (3) AWARDING PLAINTIFFS $58,464.23 IN ATTORNEY FEES

On February 12, 2016, Magistrate Judge R. Steven Whalen issued a Report and Recommendation recommending that this Court grant in part Plaintiffs' Motion for Attorney Fees (ECF No. 53, Report and Recommendation) and award Plaintiffs $58,464.23 in fees and costs.

Having reviewed the Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L. R. 72.1(d), the Court ADOPTS the Report and Recommendation, GRANTS IN PART Plaintiffs' Motion for Attorney Fees (ECF No. 49) and awards Plaintiffs $58,464.23 in attorney fees.

IT IS SO ORDERED.

                                                 s/Paul D. Borman
                                                 PAUL D. BORMAN
                                                 UNITED STATES DISTRICT JUDGE

Dated: March 28, 2016

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on March 28, 2016.

s/Deborah Tofil  
Case Manager